FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
3  Joseph H. Harrington
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99201-1494
6  Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:22-CR-49-RMP-1 |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 1153, 1112<br>Crime on Indian Reservation<br>Involuntary Manslaughter<br>(Count 1) |
| EMMALENA ANN MICHEL, | 18 U.S.C. §§ 1153, 113(a)(6)<br>Crime on Indian Reservation<br>Assault Resulting in Serious Bodily Injury.<br>(Count 2) |
| Defendant. | |

The Grand Jury charges:

COUNT 1

On or about October 23, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, EMMALENA ANN MICHEL, an Indian, unlawfully killed D.J.H-P.,

while in the commission of an unlawful act not amounting to a felony, that is: 1) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; and 2) while operating a motor vehicle while under the influence of or affected by alcohol contrary to WASH. REV. CODE § 46.61.502; in that EMMALENA ANN MICHEL operated a motor vehicle without due caution and circumspection and with a wanton and reckless disregard of human life, and knew that her conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to her the peril for which her acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

## COUNT 2

On or about October 23, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, EMMALENA ANN MICHEL, an Indian, willfully assaulted J.L.K., resulting in serious bodily injury, by driving a vehicle in willful or wanton disregard for the safety of persons or property and by driving a vehicle while under

//

//

INDICTMENT                    2

the influence of or affected by alcohol, all in violation of 18 U.S.C. §§ 1153, 113(a)(6).

DATED this 19th day of April, 2022.

A TRUE BILL

_____
Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Joseph Harrington*
Joseph H. Harrington
Assistant United States Attorney

INDICTMENT              3