PROB 12C
(6/16)

Report Date: August 20, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2025

SEAN F. McAVOY, CLERK

ECF No. 79

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Emmalena Ann Michel    Case Number: 0980 2:22CR00049-TOR-1

Address of Offender: ███████████████, Inchelium, Washington 99138

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U. S. District Judge

Date of Original Sentence: March 3, 2023

Original Offense:    Crime on Indian Reservation Involuntary Manslaughter and Crime on Indian Reservation Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153, 1112 and 1153, 113(a)(6)

Original Sentence:    Prison - 60 months;     Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Alison L Gregoire    Date Supervision Commenced: April 1, 2025

Defense Attorney:       Lorinda Meier Youngcourt    Date Supervision Expires: March 31, 2028

## PETITIONING THE COURT

To issue a **summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: It is alleged Ms. Michel violated her conditions of supervised release by traveling to the District of Arizona without advance approval of the supervising probation officer on or around July 20, 2025.<br><br>On July 20, 2025, Ms. Michel left the undersigned a voice mail stating that she was going to travel to Arizona. The undersigned officer contacted Ms. Michel who confirmed she traveled to Arizona and was presently there. Ms. Michel did not have prior authorization to travel outside the Eastern District of Washington by the undersigned officer as required by her conditions of supervised release. |
| 2 | **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than |

Prob12C
**Re: Michel, Emmalena Ann**
**August 20, 2025**
Page 2

6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged Ms. Michel violated her terms of supervised release by going to the Twin Lakes Tavern in Inchelium, Washington, on or around August 2, 2025.

On August 9, 2025, the undersigned officer received picture texts of Ms. Michel sitting at a booth inside the Twin Lakes Tavern. The sender of the picture texts advised the undersigned officer that these photos were taken on August 2, 2025. On August 11, 2025, the undersigned officer confronted Ms. Michel on her being at the Twin Lakes Tavern on or around August 2, 2025. She admitted to being present, but she denied she had been drinking. She was reminded that she is prohibited from being at any place where the primary item of sale is alcohol regardless if she was consuming alcohol or not.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/20/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Thomas O. Rice*

Signature of Judicial Officer

August 20, 2025

Date